**FILED**

NOV 16 2012

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

|  |  |  |
|---|---|---|
| BOBBY DON BUTLER, | * | CIV 12-4099 |
|  | * |  |
| Petitioner, | * |  |
|  | * | ORDER |
| vs. | * |  |
|  | * |  |
| WARDEN JORDAN R. | * |  |
| HOLLINGSWORTH, | * |  |
| Federal Prison Camp, Yankton, | * |  |
|  | * |  |
| Respondent. | * |  |
|  | * |  |

*************************************************************************

The Court has reviewed the file including the Report and Recommendation of Magistrate John E. Simko, and the Objections by Petitioner Butler to that Report and Recommendation.

The Objections are overruled as the actions of the Respondent were not arbitrary and capricious. In addition, those actions were within the authority granted to Respondents by Congress. Accordingly,

IT IS ORDERED:

1.     That the Magistrate Judge's Report and Recommendation is ADOPTED and the Objections of Petitioner are DENIED. The Petition for Writ of Habeas Corpus is denied with prejudice.

Dated this 16 day of November, 2012.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY